SR: USAO2015R00287

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 DEC 30  AM 10: 57

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG 15 cr 0668 |
| | * | |
| LUIS VALLE, | * | (Pattern and Practice of Hiring |
| | * | Unlawful Aliens, 8 U.S.C. § 1324a(f); |
| Defendant | * | Forfeiture, 18 U.S.C. § 982(a)(6)) |
| | * | |

*******

## INFORMATION

### COUNT ONE
(Pattern and Practice of Hiring Unlawful Aliens)

The United States Attorney for the District of Maryland charges that:

At all times relevant to this Information:

1. **LUIS VALLE ("VALLE")** was a resident of Maryland and the owner of Valle Service, L.L.C., a construction company that provided unskilled laborers to clean up after demolition projects in the greater Washington, D.C. metropolitan area.

### The Charge

2. From in or about March 2008 through in or about August 2013, in the District of Maryland, the defendant,

**LUIS VALLE,**

did engage in a pattern and practice of violations of 8 U.S.C. § 1324a(a)(1)(A), to wit, hiring for employment in the United States an alien knowing the alien is an unauthorized alien with respect to such employment.

8 U.S.C. § 1324a(f)(1)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 982, in the event of the defendant's conviction under Count One this Information.

2. As a result of the offense set forth in Count One, the defendant,

**LUIS VALLE,**

shall forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted, and any property real or personal that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted, or that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

18 U.S.C. § 982(a)(6)

Date:   December 29, 2015

_Rod J. Rosenstein / SR_
Rod J. Rosenstein
United States Attorney